Charles H Dachroeden
400 Walnut St.
Muscatine, IA 52761

The Honorable Ronnie L. White
110 South 10th Street
Suite 10.182   10 South
St Louis, MO 63102

**RECEIVED**
**JAN 2 6 2023**
**BY MAIL**

Judge White,

My name is Charles Allen Dachroeden. I was in your Courtroom on November 17, 2022, Dockett/Case Number 4:20CR004-1. I plead Guilty to possession of child pornography, both from the initial investigation and finding in 2019 and as a violation of my bond in August 2022. The imposition of my sentence, 144 months, I assume is on hold pending a final hearing regarding the total number of restitution requests and final restitution amounts. The hearing is set for January 30, 2023.

I am writing you now to request your consideration regarding how the 144 month sentence might be served, if there are any options other than straight jail time. If there are not, no need to read any further. Thank you for your time and your consideration and approval of what I understand is a fair sentence considering all factors involved.

If there are options, I pray you would consider allowing me to serve the minimal amount of jail time you feel necessary to accomplish the desired outcome for me, such as the successful completion of a drug use prevention program, active participation in a sex offenders rehabilitation program, good behavior, and such. The remaining time to be served as supervised home release in conjunction with counseling and all other criminal and civil obligations a sex offender has to meet. What follows hopefully will help you make

and support such a favorable decision for myself and my family.

I daily deal with breathing concerns due to having chronic obstructive pulmonary disease (COPD). Lung functionality testing in 2021 for the lung transplant canidate program by doctors at Washington University School of Medicine determined my lungs had 30% of the capacity normal for a healthy 66 year old. Two weeks prior to my court date, I developed a serious lung infection which took a real toll on me physically as I neither ate nor slept well throughout. I had read the case file several times prior to court, so when asked if I understood the charges and such I acknowledged I did, even though my mind was pretty foggy otherwise. Unfortunately, despite having written out and rehearsed what I would say when given my turn (much of which follows), when my time came my thinking was muddled and confused from both sleep deprivation and likely a low blood oxygen level, so all I could think to say was "I throw myself on the mercy of the Court." In hindsight, I should have brought what I had written for my lawyer, Richard Sindel, to read for me but that thought had not occurred when jail staff woke me up at 4 am that morning for court. What follows is what I would have stated in court that day had I been thinking clearly.

I am a sex addict, and this has affected personal relationships I have had, and created the hidden "private" side of my life which until my arrest was unknown to anyone close to me. My viewing of child pornography was only a recent devolvement of my morals, having viewed my first "Playboy" at age 10, and collecting, hiding

AND USING PORNOGRAPHY AS A CATALYST TO ATTAINING SOLO SEXUAL PLEASURE FROM THEN UNTIL NOW. NOTHING JUSTIFIES THE SEXUAL EXPLOITATION OF ANY PERSON, ESPECIALLY THOSE WHO HAVE NOT ATTAINED THE LEVEL OF MENTAL AND EMOTIONAL MATURITY TO MAKE A COGNIZANT DECISION TO PARTICIPATE IN A SEXUAL ACTIVITY, WHICH NONE OF THE VICTIMS IN THE PHOTOS AND FILMS I HAD VIEWED HAD ATTAINED. MY DEEP REGRET AND REMORSE AT NOT HAVING SUCCESSFULLY OBTAINED TREATMENT FOR MY ADDICTION PRIOR TO ALLOWING CHILD PORNOGRAPHY TO PLAY A ROLE IN IT MAY SEEM SELF-SERVING AND TRITE AT THIS TIME, BUT NONETHELESS IT IS TRUE. I HAD SOUGHT HELP FROM MINISTERS AND COUNSELORS OVER THE YEARS, BUT THEIR RESPONSE TO MY BRINGING UP MY SEX ADDICTION AND USE OF PORNOGRAPHY WAS THAT IF IT INVOLVED CHILD PORNOGRAPHY THEY WOULD HAVE TO REPORT IT TO THE AUTHORITIES, AND THAT FEAR KEPT ME FROM GOING FURTHER. HAVING THIS ALL COME OUT IN THE OPEN HAS BEEN A BLESSING, AS I CAN NOW SEEK AND RECEIVE HELP OPENLY; AND A CURSE, AS MY FAMILY AND CLOSE FRIENDS WHO ALWAYS VIEWED ME AS A MORAL CHRISTIAN PERSON NO LONGER ONLY SEE ME THAT WAY. ANY ADDICTION NEEDS AN OVERPOWERING REASON FOR THE ADDICT TO RESOLVE TO ELIMINATE THE ADDICTIVE BEHAVIOR FROM THEIR LIVES. THE DESIRE TO REBUILD MY FAMILY'S TRUST IN ME AND TO REAFFIRM THAT THEIR CONTINUED LOVE OF ME HAS VALUE TO ME IS/ARE SUCH REASONS, AS ARE THE OTHERS WHICH FOLLOW.

THE FOUR MONTHS I HAVE BEEN INCARCERATED HAS HELPED ME REALIZE WHAT A GREAT VACUUM BEING PHYSICALLY SEPERATED FROM MY WIFE, MY KIDS AND MY GRAND- AND GREAT GRANDKIDS CREATES IN MY LIFE AND PSYCHE. ADD IN THE ABSENCE, AND LOSS, OF FRIENDS, AND THE INABILITY TO BE THERE TO ASSIST MY WIFE WITH ALL THE THINGS LIFE THROWS AT YOU AND I KNOW,

Regardless of how long or short my incarceration is, this negative life experience will be a permanent memory, and so lasting motivational experience that I know will keep me from ever doing anything that might cause my incarceration a second time.

The three months I was in the St. Genevieve County Jail, I participated in, and for the last five weeks there developed the lessons for and led, a Bible Study group of between three to eight inmates. I had been a church going Christian most of my adult life, but never read or studied the Bible as I let my addiction to self-pleasure through the use of pornography, legal and illegal, take precedence over my "Salvation". My being arrested for child pornography was, in light of where my mind is now, God's way of letting me know to change my thinking and my life. A change in my addictive behavior didn't occur immediately, but after a month of Bible study and conversations with other members, most of whom were also sex offenders, I committed myself to investing a major portion of my time to studying God's Word - the Bible. Finding passages I felt applied to me personally (2 Peter 3:9, 2 Timothy 2:22; John 11:25) and recognizing I hadn't and couldn't end my addiction alone, I asked Christ and the Holy Spirit to come into my life and "take charge". I know this sounds cliche, but at that point I truly felt Different - Reborn - and since then I have had no self-pleasuring impulses or erotic thoughts that were not easily dismissed with a prayer. I am now in Protective Custody (my choice) here in the Muscatine County Jail in Iowa. Being locked in my cell 23 of 24 hours a day allows me to spend a great deal of time learning my way through the New Testament and praying throughout the day. I tell you all this as I intend to continue this new aspect of my life from now on, in jail or out.

God's support and intercession has provided me the fortitude to overcome my addiction and to dismiss, ignore and remove any immoral thoughts that helped maintain it from my conciousness. Bible study and prayer will remain a part of my daily life and activities to ensure I never reoffend.

I provide you now with a history regarding long term volunteer work I have done in hope it might benefit me by helping you get an understanding of what I feel is my truer character and nature, the "me" my family and friends know and care about. What follows is an anotated summary about groups I volunteered my time to support.

- I was my step-son Eric's Cub Scout Den Leader from 1984 to 1989 in Pack 252 out of Northminster Presbyterian Church in Ferguson Mo;
- I stayed involved in Eric's Boy Scout Troop, Troop 252 from 1989 to 1986, as an adult helper, then Assistant Scoutmaster and then Scoutmaster for the last three years, same sponsor;
- I was a church council member at Zion Lutheran Church in Ferguson from 1991-2000;
- I was the Youth Leader of the Junior/Senior High Youth Group at Zion from 1994 to 2004, as both Eric and then my daughter Rachel were members of it;
- I was a member of the fellowship group at Zion, frying fish, shrimp, french fries and corn fritters on Friday nights between Lent and Labor Day from 2002 to 2016;
- I was the Cubmaster for Cub Pack #264 out of Russell Elementary School in Oakville Mo while my grandson Kristian was a Cub Scout from 2001 to 2007

- I was an Adult Helper, while Kristian was active in it, for Boy Scout Troop #264 from 2007 to 2009
- I was a Council Member at Peace Lutheran Church in Washington MO from 2010 to 2016, serving as Council President from 2012 to 2014. I also enjoy(ed) short term or as available/needed volunteer opportunities such as Habitat for Humanity, area food banks, "soup kitchens" and park and trail cleanups, and hope to continue doing so if my release allows it.

Please know, I kept the private hidden side of my life totally seperate from all interactions with family and others, including all involving youth and children. I was fortunate enough to help grow up. I have never, nor would I ever, do anything that might destroy a child's or young person's natural innocence about life or things of a sexual nature. Why I viewed child pornography and how I convinced myself that doing so was "okay" is something I am still trying to discern. I could guess, or even make up a lie, about why, but I hope if I can get some effective counseling and/or go through a sex addiction rehab program I will figure it out. Then I can explain the "why" of my crime to family - wife, kids, grand and great grand kids, brother, and cousins - and friends and acquaintences - my church pastor and members - who may, and likely will, ask with as honest an answer as possible. Such knowledge will also play an important part of a relapse prevention program that would be developed for my benefit once I am released back to my family and society.

I KNOW I AM VERY FORTUNATE AND DEFINITELY BLESSED FOR THE LEVEL OF FAMILY SUPPORT I HAVE IN LIGHT OF MY CRIME. I FEEL IT WHEN I TALK WITH THEM DURING THE PHONE CALLS THEY ACCEPT AND PAY FOR FROM ME, TO THE CARDS AND LETTERS WITH INFO ON WHAT IS GOING ON IN THEIR LIVES AND WORDS OF LOVE AND ENCOURAGEMENT FOR WHAT I HAVE BROUGHT ON MYSELF.

MY WIFE OF 37 YEARS, ALTHOUGH DESPISING MY CRIME, AND I QUOTE "READING THE FINDINGS IN THE CHARGES MADE ME SICK TO MY STOMACH AND IT TROUBLES ME TO THINK THAT YOU WERE LOOKING AT SUCH STUFF", STILL LOVES ME. SHE IS STAYING MARRIED TO ME EVEN AFTER I OFFERED HER THE OPTION OF AN UNCONTESTED DIVORCE AND DESPITE THE FACT SHE IS NOW FORCED TO HANDLE ALL ASPECTS OF OUR LIFE, INCLUDING FINANCES AND WORKING OUT HOW TO PAY FOR THE ASSESSMENT AND FINE, AND POTENTIALLY THE VICTIM RESTITUTION AMOUNTS ALL ON HER OWN. HER, AND MY FAMILY'S AND FRIEND'S SUPPORT, LET ME KNOW I STILL HAVE VALUE TO THEM AND THAT THEY ARE LOOKING FORWARD TO WHEN THE TIME I MUST SERVE IS OVER.

I THANK YOU FOR YOUR TIME READING THIS LETTER. I HOPE, IF THERE ARE OPTIONS AS TO HOW MY SENTENCE MAY BE SERVED, THAT WHAT I HAVE WRITTEN WILL ALLOW YOU TO DECIDE, WITH A HIGH LEVEL OF CONFIDENCE, MY DEBT TO SOCIETY WILL STILL BE MET BY MY SERVING A MINIMAL JAIL TERM AND SO ALLOWING A MAXIMUM OF "FREE" TIME FOR ME TO DEMONSTRATE THAT I HAVE MADE THE CHANGES NEEDED TO PROVE MY TRUSTWORTHINESS, AND YOUR TRUST IN ME, BY MY COMPLYING WITH ALL REQUIREMENTS PLACED ON ME. I APPRECIATE YOUR CONSIDERATION OF MY REQUEST AND ACCEPT WHATEVER SENTENCE DECISION IS MADE.

SINCERELY,

CC: PROSECUTING ATTORNEY LIVERGOOD