Your Honor,

Should you care to continue reading, the following paragraphs are intended to flesh out a few of the volunteer activities I am most proud of doing, and hopefully add to your understanding of my character.

I became the Cub Scout Den Leader for my stepson's, Eric Hammack, den when the prior adult leader quit because he couldn't control the kids. They were a challenging group, but luckily training was available through Council, and I was able to learn some good stratagies to "incentivise" the scouts to be on their best behavior during den meetings and pack meetings. New additions to the den quickly learned the "rules", which benefitted them all through each rank/grade advancement as we were able to complete most all of a rank's requirements in the den meetings, so they all honestly advanced to the next level each year. I ensured each scout had a car ready for the annual pack Pinewood Derby Race, getting other dads to come to some den meetings with jigsaws and drills to help scouts without such tools at home to get their design cut out and wheels and axles sanded. When they became Webelos and eligible to camp out with the Troop (older scouts) I borrowed enough sleeping bags and air mattresses to ensure all scouts were warm and comfortable at night.

I joined Troop 252 as an Adult Helper and quickly became invaluable as my truck could haul all the gear needed for campouts and summer camp. I became the Assistant Scoutmaster after Eric and my first summer camp, having been the sole parent there and being left in charge when the Scoutmaster got called away.

I achieved the Order of the Arrow Award (a servant group within Boy Scouts) my second summer camp and spent much of my time then, and every summer camp afterwards ensuring new first year campers had the items and help needed to complete their merit badge classes. My third summer camp and any campout thereafter, I made sure any dad that came along helped the scouts in a patrol, other than their sons, accomplish all they needed to do. I became the first leader in 252 to be both High and Low Ropes Course Certified and Rock Climbing and Rapelling Certified, because I wanted to offer the scouts opportunities to challenge themselves and grow beyond what summer camps or Council Camporees offered. The troop did these events twice a year at least, sometimes as a day trip to S-F Scout Ranch, sometimes for the weekend, and we always had a blast. Eric aged out as a Life Scout at 18 years old, but a number of scouts attained Eagle Rank during, or the year after my tenure.

I was the Youth Director/Leader of the Junior and Senior High Youth at Zion Lutheran Church of Ferguson for ten years. I was lucky to have a great female co-leader who taught Senior High Bible Study on Sunday mornings (I brought donuts). We took 7 to 10 youth (Senior High only) to one of the four Tri-Ennial 4-day National Youth Gatherings: Atlanta GA in 1994; New Orleans LA in 1997; St Louis MO in 2000; San Antonio TX in 2003. Except for St Louis, we always worked in an additional three days to see the sights around where we were as usually over half those that went had never been outside of St Louis County before. I always made the extra day hotel reservations and rented and drove the vehicle.

We also took both Junior and Senior High youth on week long (5 day) Servant events at various cities around the Mid-West, again ensuring two days at the end to relax and do some site seeing at the end of the week. Sunday evenings were when the combo Junior/Senior High youth meetings would occur, when new members got to know older ones through various organized and disorganized games; and where planning upcoming servant activities - Church clean ups, Habitat for Humanity, food pantry work, soup kitchens; and fund raisers - Easter Breakfast; Butter Braid Bread and Christmas Wreath sales; Home Leaf Raking, 4 day Annual Summer Rummage Sale occurred. Money raised by fund raising was split up based on the hours each youth worked on it and at servant events, which afforded many youth, that otherwise may not have been able to attend a group event that cost money, to pay for an activity from earned funds. We also did campouts at State parks (borrowing tents from Troop 252) and raft float trips, also firsts for many youth. Probably 50 or more kids passed through the youth group before the Church "ran out of kids", as all the membership aged, and it ended. But I like to believe Kim and I provided all of them too many opportunities to grow personally and socially they would not have had otherwise. And we both had fun doing it.

My Grandson Kristian joined Cub Scouts in 2001. The District Commissioner, Jeff Doty, was the acting Cubmaster of Cub Pack 264 out of Russell Elementary School, and upon learning of my scouting experience from Kristian and his Mom, easily talked me into taking on the position. It was actually much easier than being a



Den Leader, as my "Scouts" were the Den Leaders primarily. I scheduled monthly leader meetings, where we would work out the needs and logistics for both upcoming Pack and Council activities, as well as what the Den Leaders for each of the grade levels/ranks were doing and if they wanted to present anything at the next Pack meeting. I attended the monthly Gravois Trails District Cub and Scoutmaster meetings and so was always able to provide the Den Leaders encouragement to take the next training courses, or info on upcoming camporees and other outing activities so we could all plan accordingly. I tried to visit with each of the dens and the Scouts monthly just to get familiar with them and their leaders. I also was responsible for coordinating joint campouts with Boy Scout Troop 264 twice a year and for the Webelos cross-over ceremony (when 2nd year Webelos - 6th graders) moved up into Boy Scouts; planning and participating in St Louis Area Council camporees for Cub Scouts, including Dad and Lad and Mom and Me weekends; obtaining a facility, food service provider and entertainment for the Annual Blue and Gold Rank Advancement Celebration; as well as just day activities like fishing at Bee Tree Park Lake, visits to the Zoo and Planetarium on Scout Days; Scout Day at Busch Stadium (it really is a different view from down on the field); and other things I've forgotten, like the Annual Pinewood Derby - getting and passing out cars and rules, buying trophies and ribbons, renting the track, etc. But I got very good at the task and stuck around a year past Kristian's moving into Boy Scouts to ensure the new Cubmaster was well trained, prepared, and capable.